The People of the State of New York ex rel. Happiness Candy Stores, Inc., v. James J. Sexton and Others, etc. (Taxes of 1932.) The People of the State of New York ex rel. Happiness Candy Stores, Inc., v. James J. Sexton and Others, etc. (Taxes of 1933.) The People of the State of New York ex rel. Happiness Candy Stores, Inc., v. William Stanley Miller and Others, etc. (Taxes of 1934.) — Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Glennon, Cohn and Callahan, JJ.

Emil Becker, as Executor, etc.. v. Title Guarantee and Trust Company.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

Associated Flour Haulers & Warehousemen, Inc., v. Nat Hoffman, as President, etc., and Others, Impleaded with Triborough Transportation Corp. — Motion for leave to appeal to the Court of Appeals granted. [See ante, p. 935.] Settle order on notice. Present — Martin, P. J., O'Malley, Glennon, Cohn and Callahan, JJ.

Flying Eagle Coach Corporation v. The City of New York and Others.— Motion for leave to appeal to the Court of Appeals granted. [See ante, p. 812.] Settle order on notice. Present — Martin, P. J., O'Malley, Townley, Dore and Callahan, JJ.

Charles Phillips, Suing upon His Own Behalf as a Stockholder of The Chesapeake & Ohio Railway Company and for the Benefit of All Other Stockholders Similarly Situated Who May Elect to Come in and Contribute to the Expenses of this Action, and Charles Falkenberg, v. J. Pierpont Morgan and Others and Francis Ward Paine and Others and The Chesapeake & Ohio Railway Company.— Motion for leave to appeal to the Court of Appeals granted. [See ante, p. 942.] Settle order on notice. Present — Martin, P. J., Townley, Untermyer, Cohn and Callahan, JJ.

Charles Phillips, Suing upon His Own Behalf as a Stockholder of The Chesapeake & Ohio Railway Company and for the Benefit of All Other Stockholders Similarly Situated Who May Elect to Come in and Contribute to the Expenses of this Action, and Charles Falkenberg, v. J. Pierpont Morgan and Others, and The Chesapeake & Ohio Railway Company.— Motion for leave to appeal to the Court of Appeals granted. [See ante, p. 942.] Settle order on notice. Present — Martin, P. J., Townley, Untermyer, Cohn and Callahan, JJ.

Walter B. Walker v. Paulino Gerli and Others, and International Silk Guild, Inc.— Motion for reargument granted, and upon reargument, the order entered June 16, 1939, dismissing the appeal from an order entered February 2, 1939, vacated, and the order entered February 2, 1939, unanimously modified by eliminating items 1 to 4, inclusive, and as so modified affirmed, with twenty dollars costs and disbursements to the appellant. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. [See ante, p. 936.] Present — Martin, P. J., O'Malley, Glennon, Cohn and Callahan, JJ.

## (June 30, 1939.)

Sidney Gans, a Stockholder of Hearst Consolidated Publications, Inc., Suing on His Own Behalf and on Behalf of Stockholders Similarly Situated and

on Behalf of and in the Right of Said HEARST CONSOLIDATED PUBLICATIONS, INC., v. WILLIAM R. HEARST and Others, Impleaded with HEARST CONSOLIDATED PUBLICATIONS, INC., and JOHN F. NEYLAN. (Action No. 1.) ALEXANDER SUMMERS and MARY SUMMERS, Suing on Their Own Behalf and on Behalf of All Other Holders of Class "A" 7% Cumulative Participating Shares of HEARST CONSOLIDATED PUBLICATIONS, INC., v. WILLIAM RANDOLPH HEARST and Others, Impleaded with HEARST CONSOLIDATED PUBLICATIONS, INC. (Action No. 2.) THEODORA KUTZ, Suing upon Her Own Behalf as a Holder of Class "A" 7% Cumulative Participating Preferred Stock of HEARST CONSOLIDATED PUBLICATIONS, INC., and on Behalf of All Other Holders of Such Stock Similarly Situated Who May Elect to Come in and Contribute to the Expense of This Action, v. EDWARD H. CLARK and Others, Impleaded with HEARST CONSOLIDATED PUBLICATIONS, INC. (Action No. 3.) WILLIAM H. COE, Suing as a Stockholder of HEARST CONSOLIDATED PUBLICATIONS, INC., on His Own Behalf and on Behalf of All Other Stockholders of HEARST CONSOLIDATED PUBLICATIONS, INC., Similarly Situated, v. H. M. BITNER and Others, Impleaded with HEARST CONSOLIDATED PUBLICATIONS, INC. (Action No. 4.) MARY A. O'NEILL, a Stockholder of HEARST CONSOLIDATED PUBLICATIONS, INC., Suing on Her Own Behalf and on Behalf of All Other Owners and Holders of Class "A" 7% Cumulative Participating Shares of HEARST CONSOLIDATED PUBLICATIONS, INC., v. HEARST CONSOLIDATED PUBLICATIONS, INC., Impleaded with Others. (Action No. 5.) — Motion for leave to appeal to the Court of Appeals, for a stay and for other relief, denied, with ten dollars costs, and stay vacated. [See ante, p. 943.] Present — Martin, P. J., Townley, Untermyer, Cohn and Callahan, JJ.

In the Matter of the Application of THE CORPORATION COUNSEL OF THE CITY OF NEW YORK, for the Appointment of Commissioners of Estimate and Assessment, to Ascertain and Determine the Compensation Which Should Justly Be Made to Certain Property Owners Legally Entitled to Damages Caused by the Closing of Old Third Avenue, formerly Old Fordham Avenue, in Blocks 2920, 2921, 2922, 2923 and 2924, in the Borough of The Bronx, City of New York. JOSEPH F. FETYK, as Executor, and Others; CITY OF NEW YORK and Others.— Motion for reargument denied. [See ante, p. 939.] Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

In the Matter of the Application of THE CORPORATION COUNSEL OF THE CITY OF NEW YORK, etc., Closing of Old Third Avenue, Formerly Old Fordham Avenue, etc., in the Borough of The Bronx, City of New York. JOSEPH F. FETYK, as Executor, and Others; CITY OF NEW YORK and Others.— Motion for reargument denied. [See ante, p. 939.] Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.